■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McNAIR, Appellant. [723 NYS2d 872] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Copertino, J.), rendered May 28, 1999, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant received meaningful representation of counsel (*see, People v Rivera,* 71 NY2d 705; *People v Baldi,* 54 NY2d 137; *People v Hobot,* 84 NY2d 1021).

The sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Santucci, J. P., Luciano, Feuerstein and Adams, JJ., concur.